# Trust Services

ZenKey Trust Services are a collection of various APIs and Event Alerts that will be useful when businesses suspect fraud with user accounts.

## Get Protection from SIM Swap Fraud

SIM Swap Fraud has already cost businesses hundreds of millions of dollars and the threat is increasing.

With ZenKey, fraudsters can no longer access your users' accounts based on stolen credentials and a simple SIM Swap. Instead, ZenKey requires new SIM cards and devices go through a robust recovery process that the user has setup beforehand.

In addition to these built-in fraud prevention features, ZenKey also offers you two other options that identify when a users' SIM changes – one via API and one via an automatic event alert that you can subscribe to.



## SIM Tenure API

We are pleased to announce limited availability under our trial agreement for our first Trust Service – SIM Tenure API. This API gives you the ability to query for and obtain information about SIM Tenure for your users. Register now for more information.

[Register for Trust Services]