**Glen Shrayer <shrayerlaw@gmail.com>**

## Fw: Your ETH purchase is now available to trade ($1,000.00 USD)
2 messages

**Eugene Kotz II** <kotzii@yahoo.com>                                                    Fri, Oct 8, 2021 at 4:42 PM
Reply-To: Eugene Kotz II <kotzii@yahoo.com>
To: Glen Shrayer <ghs@shrayerlaw.com>

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Coinbase" <no-reply@coinbase.com>
**To:** "kotzii@yahoo.com" <kotzii@yahoo.com>
**Sent:** Thu, May 27, 2021 at 2:25 PM
**Subject:** Your ETH purchase is now available to trade ($1,000.00 USD)



### Your ETH is now available to trade on Coinbase

You can trade your ETH immediately on Coinbase. You can send your ETH off of Coinbase starting on Jun 2, 2021.

| | |
|---|---|
| Reference code | 8JUQGCKP |
| Payment method | Wells Fargo - Gene Che... ******5139 |
| Date and time | May 27, 2021 12:25 PDT |
| Amount | **0.35360702 ETH** |
| Exchange rate | @ $2,786.48 / ETH |
| Subtotal | $985.32 |
| Coinbase Fee | $14.68 |

| Total | $1,000.00 |

### Doesn't it feel good to own a piece of the future?

Share Coinbase with your friends - and we'll reward you both.

Refer a friend

For customer service inquiries, please contact customer support. Please include your reference code **8JUQGCKP**. All transactions are final. Coinbase is not responsible for non-delivery or delayed delivery due to circumstances beyond the reasonable control of Coinbase, including asset protocol operations and incorrect address information.

Want free Bitcoin? Invite your friends!
Invite friends to Coinbase and you'll both get $10 worth of Bitcoin when they start investing using your link.
Get Started

Terms of Service
© Coinbase 2021
Coinbase, Inc.
100 Pine Street, Suite 1250 | San Francisco, CA 94111 | United States
1-888-908-7930

---

**Eugene Kotz II** <kotzii@yahoo.com>                                            Sat, Nov 13, 2021 at 1:29 PM
To: Glen Shrayer <ghs@shrayerlaw.com>

[Quoted text hidden]

  Gmail                                                                                    **Glen Shrayer <shrayerlaw@gmail.com>**

---

## Fw: Your ETH purchase is now available to trade ($1,015.00 USD)
2 messages

---

**Eugene Kotz II** <kotzii@yahoo.com>                                              Fri, Oct 8, 2021 at 4:42 PM
Reply-To: Eugene Kotz II <kotzii@yahoo.com>
To: Glen Shrayer <ghs@shrayerlaw.com>

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Coinbase" <no-reply@coinbase.com>
**To:** "kotzii@yahoo.com" <kotzii@yahoo.com>
**Sent:** Fri, May 28, 2021 at 6:38 PM
**Subject:** Your ETH purchase is now available to trade ($1,015.00 USD)



### Your ETH is now available to trade on Coinbase

You can trade your ETH immediately on Coinbase. You can send $1,000.00 USD in ETH off of Coinbase immediately, and the rest starting on Jun 3, 2021.

| | |
|---|---|
| Reference code | 248RMCWC |
| Payment method | Wells Fargo - Gene Che... ******5139 |
| Date and time | May 28, 2021 16:37 PDT |
| Amount | **0.41127300 ETH** |
| Exchange rate | @ $2,431.72 / ETH |
| Subtotal | $1,000.10 |
| Coinbase Fee | $14.90 |

| | |
|---|---|
| Total | $1,015.00 |

| | |
|---|---|
| Reference code | 248RMCWC |
| Payment method | Wells Fargo - Gene Che... ******5139 |
| Date and time | May 28, 2021 16:37 PDT |
| Amount | **0.41127300 ETH** |
| Exchange rate | @ $2,431.72 / ETH |
| Subtotal | $1,000.10 |
| Coinbase Fee | $14.90 |
| Total | $1,015.00 |

**Doesn't it feel good to own a piece of the future?**

Share Coinbase with your friends - and we'll reward you both.

Refer a friend

For customer service inquiries, please contact customer support. Please include your reference code **248RMCWC**. All transactions are final. Coinbase is not responsible for non-delivery or delayed delivery due to circumstances beyond the reasonable control of Coinbase, including asset protocol operations and incorrect address information.

Get the latest Coinbase App for your phone

 

Terms of Service
© Coinbase 2021
Coinbase, Inc.
100 Pine Street, Suite 1250 | San Francisco, CA 94111 | United States
1-888-908-7930

**Eugene Kotz II** <kotzii@yahoo.com>  Sat, Nov 13, 2021 at 1:29 PM
To: Glen Shrayer <ghs@shrayerlaw.com>

[Quoted text hidden]

                                                              Glen Shrayer <shrayerlaw@gmail.com>

## Fw: Your ETH purchase is now available to trade ($1,500.00 USD)
2 messages

**Eugene Kotz II** <kotzii@yahoo.com>                                                  Fri, Oct 8, 2021 at 4:41 PM
Reply-To: Eugene Kotz II <kotzii@yahoo.com>
To: Glen Shrayer <ghs@shrayerlaw.com>

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Coinbase" <no-reply@coinbase.com>
**To:** "kotzii@yahoo.com" <kotzii@yahoo.com>
**Sent:** Sat, May 29, 2021 at 11:37 AM
**Subject:** Your ETH purchase is now available to trade ($1,500.00 USD)



### Your ETH is now available to trade on Coinbase

You can trade your ETH immediately on Coinbase. You can send $708.00 USD in
ETH off of Coinbase immediately, and the rest starting on Jun 4, 2021.

| | |
|---|---|
| Reference code | E2M274N8 |
| Payment method | Wells Fargo - Gene Che... ******5139 |
| Date and time | May 29, 2021 09:37 PDT |
| Amount | **0.62709820 ETH** |
| Exchange rate | @ $2,356.86 / ETH |
| Subtotal | $1,477.98 |
| Coinbase Fee | $22.02 |

| | |
|---|---|
| Total | $1,500.00 |

| | |
|---|---|
| Reference code | E2M274N8 |
| Payment method | Wells Fargo - Gene Che... ******5139 |
| Date and time | May 29, 2021 09:37 PDT |
| Amount | **0.62709820 ETH** |
| Exchange rate | @ $2,356.86 / ETH |
| Subtotal | $1,477.98 |
| Coinbase Fee | $22.02 |
| Total | $1,500.00 |

**Doesn't it feel good to own a piece of the future?**

Share Coinbase with your friends - and we'll reward you both.

Refer a friend

For customer service inquiries, please contact customer support. Please include your reference code **E2M274N8**. All transactions are final. Coinbase is not responsible for non-delivery or delayed delivery due to circumstances beyond the reasonable control of Coinbase, including asset protocol operations and incorrect address information.

Get the latest Coinbase App for your phone

 

Terms of Service
© Coinbase 2021
Coinbase, Inc.
100 Pine Street, Suite 1250 | San Francisco, CA 94111 | United States
1-888-908-7930

**Eugene Kotz II** <kotzii@yahoo.com>  Sat, Nov 13, 2021 at 1:30 PM
To: Glen Shrayer <ghs@shrayerlaw.com>

[Quoted text hidden]

 Gmail                                                              Glen Shrayer <shrayerlaw@gmail.com>

# Fw: Your BTC purchase is now available to trade ($1,000.00 USD)
3 messages

**Eugene Kotz II** <kotzii@yahoo.com>                                               Fri, Oct 8, 2021 at 4:43 PM
Reply-To: Eugene Kotz II <kotzii@yahoo.com>
To: Glen Shrayer <ghs@shrayerlaw.com>

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Coinbase" <no-reply@coinbase.com>
**To:** "kotzii@yahoo.com" <kotzii@yahoo.com>
**Sent:** Mon, May 24, 2021 at 9:58 AM
**Subject:** Your BTC purchase is now available to trade ($1,000.00 USD)



## Your BTC is now available to trade on Coinbase

You can trade your BTC immediately on Coinbase. You can send your BTC off of Coinbase starting on May 27, 2021.

| | |
|---|---|
| Reference code | 27N7YKVY |
| Payment method | Wells Fargo - Gene Che... ******5139 |
| Date and time | May 24, 2021 07:58 PDT |
| Amount | **0.02602768 BTC** |
| Exchange rate | @ $37,856.62 / BTC |
| Subtotal | $985.32 |
| Coinbase Fee | $14.68 |

| | |
|---|---|
| Total | $1,000.00 |

### Doesn't it feel good to own a piece of the future?
Share Coinbase with your friends - and we'll reward you both.

Refer a friend

For customer service inquiries, please contact customer support. Please include your reference code **27N7YKVY**. All transactions are final. Coinbase is not responsible for non-delivery or delayed delivery due to circumstances beyond the reasonable control of Coinbase, including asset protocol operations and incorrect address information.

Want free Bitcoin? Invite your friends!
Invite friends to Coinbase and you'll both get $10 worth of Bitcoin when they start investing using your link.
Get Started

Terms of Service
© Coinbase 2021
Coinbase, Inc.
100 Pine Street, Suite 1250 | San Francisco, CA 94111 | United States
1-888-908-7930

---

**Eugene Kotz II** <kotzii@yahoo.com>  Sat, Nov 13, 2021 at 1:28 PM
To: Glen Shrayer <ghs@shrayerlaw.com>

[Quoted text hidden]

---

**Eugene Kotz II** <kotzii@yahoo.com>  Sat, Nov 13, 2021 at 1:37 PM
To: Glen Shrayer <ghs@shrayerlaw.com>

[Quoted text hidden]

# Gmail

**Glen Shrayer** <gshrayer@gmail.com>

## Fwd: Fw: Your ETH purchase is now available to trade ($1,500.00 USD)
1 message

**Glen Shrayer** <ghs@shrayerlaw.com>  Tue, Jan 4, 2022 at 2:33 PM
To: "gshrayer@gmail.com" <gshrayer@gmail.com>

---------- Forwarded message ---------
From: **Eugene Kotz II** <kotzii@yahoo.com>
Date: Fri, Oct 8, 2021 at 4:42 PM
Subject: Fw: Your ETH purchase is now available to trade ($1,500.00 USD)
To: Glen Shrayer <ghs@shrayerlaw.com>

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Coinbase" <no-reply@coinbase.com>
**To:** "kotzii@yahoo.com" <kotzii@yahoo.com>
**Sent:** Sat, May 29, 2021 at 11:37 AM
**Subject:** Your ETH purchase is now available to trade ($1,500.00 USD)



## Your ETH is now available to trade on Coinbase

You can trade your ETH immediately on Coinbase. You can send $708.00 USD in ETH off of Coinbase immediately, and the rest starting on Jun 4, 2021.

| | |
|---|---|
| Reference code | E2M274N8 |
| Payment method | Wells Fargo - Gene Che... ******5139 |
| Date and time | May 29, 2021 09:37 PDT |
| Amount | **0.62709820 ETH** |

1/4/22, 2:45 PM
Gmail - Your ETH purchase is now available to trade (goto02 USD)
Case 2:22-cv-00005-SPC-MRM Document 1-3 Filed 01/04/22 Page 12 of 16 PageID 47

| | |
|---|---|
| Exchange rate | @ $2,356.86 / ETH |
| Subtotal | $1,477.98 |
| Coinbase Fee | $22.02 |
| Total | $1,500.00 |

| | |
|---|---|
| Reference code | E2M274N8 |
| Payment method | Wells Fargo - Gene Che... ******5139 |
| Date and time | May 29, 2021 09:37 PDT |
| Amount | **0.62709820 ETH** |
| Exchange rate | @ $2,356.86 / ETH |
| Subtotal | $1,477.98 |
| Coinbase Fee | $22.02 |
| Total | $1,500.00 |

**Doesn't it feel good to own a piece of the future?**

Share Coinbase with your friends - and we'll reward you both.

Refer a friend

For customer service inquiries, please contact customer support. Please include your reference code **E2M274N8**. All transactions are final. Coinbase is not responsible for non-delivery or delayed delivery due to circumstances beyond the reasonable control of Coinbase, including asset protocol operations and incorrect address information.

Get the latest Coinbase App for your phone




Case 2:22-cv-00005-SPC-MRM   Document 1-3   Filed 01/04/22   Page 13 of 16 PageID 48

[Terms of Service](#)
© Coinbase 2021
Coinbase, Inc.
100 Pine Street, Suite 1250 | San Francisco, CA 94111 | United States
1-888-908-7930

--
Best Regards,

Glen H. Shrayer, Esq.
Managing Partner



*Licensed in FL, MI, MA, and NY*
*Super Lawyers, 2016, 2017 & 2018*
*Avvo - Superb Rating*

| | |
|---|---|
| Address : | 912 South Andrews Avenue, Ft. Lauderdale, FL 33316 |
| Phone : | (954) 601 3732, ext. 10 (Direct) |
| Cell: | (617) 686 1659 |
| Email : | ghs@shrayerlaw.com   |   Web :   http://shrayerlaw.com/ |

This message contains confidential information and is intended solely for the named recipient.  It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.  E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or contain viruses. The sender therefore does not accept liability for any virus, errors or omissions in the contents of this message.

# Gmail

**Glen Shrayer <gshrayer@gmail.com>**

## Fwd: Fw: Your ETH purchase is now available to trade ($1,015.00 USD)

**Glen Shrayer** <ghs@shrayerlaw.com>   Tue, Jan 4, 2022 at 2:34 PM
To: "gshrayer@gmail.com" <gshrayer@gmail.com>

---------- Forwarded message ---------
From: **Eugene Kotz II** <kotzii@yahoo.com>
Date: Fri, Oct 8, 2021 at 4:42 PM
Subject: Fw: Your ETH purchase is now available to trade ($1,015.00 USD)
To: Glen Shrayer <ghs@shrayerlaw.com>


Sent from Yahoo Mail on Android


----- Forwarded Message -----
**From:** "Coinbase" <no-reply@coinbase.com>
**To:** "kotzii@yahoo.com" <kotzii@yahoo.com>
**Sent:** Fri, May 28, 2021 at 6:38 PM
**Subject:** Your ETH purchase is now available to trade ($1,015.00 USD)



## Your ETH is now available to trade on Coinbase

You can trade your ETH immediately on Coinbase. You can send $1,000.00 USD in ETH off of Coinbase immediately, and the rest starting on Jun 3, 2021.

| | |
|---|---|
| Reference code | 248RMCWC |
| Payment method | Wells Fargo - Gene Che... ******5139 |
| Date and time | May 28, 2021 16:37 PDT |
| Amount | 0.41127300 ETH |

1/4/22, 2:49 PM
Gmail - You turned ETH purchase (now available to trade at $5.00 USD) into age
Case 2:22-cv-00005-SPC-MRM Document 1-3 Filed 01/04/22 Page 15 of 16 PageID 50

| | |
|---|---|
| Exchange rate | @ $2,431.72 / ETH |
| Subtotal | $1,000.10 |
| Coinbase Fee | $14.90 |
| Total | $1,015.00 |

| | |
|---|---|
| Reference code | 248RMCWC |
| Payment method | Wells Fargo - Gene Che... ******5139 |
| Date and time | May 28, 2021 16:37 PDT |
| Amount | **0.41127300 ETH** |
| Exchange rate | @ $2,431.72 / ETH |
| Subtotal | $1,000.10 |
| Coinbase Fee | $14.90 |
| Total | $1,015.00 |

**Doesn't it feel good to own a piece of the future?**

Share Coinbase with your friends - and we'll reward you both.

Refer a friend

For customer service inquiries, please contact customer support. Please include your reference code **248RMCWC**. All transactions are final. Coinbase is not responsible for non-delivery or delayed delivery due to circumstances beyond the reasonable control of Coinbase, including asset protocol operations and incorrect address information.

Get the latest Coinbase App for your phone

  

Terms of Service
© Coinbase 2021
Coinbase, Inc.
100 Pine Street, Suite 1250 | San Francisco, CA 94111 | United States
1-888-908-7930

--
Best Regards,

Glen H. Shrayer, Esq.
Managing Partner



*Licensed in FL, MI, MA, and NY*
*Super Lawyers, 2016, 2017 & 2018*
*Avvo - Superb Rating*

| | |
|---|---|
| Address : | 912 South Andrews Avenue, Ft. Lauderdale, FL 33316 |
| Phone : | (954) 601 3732, ext. 10 (Direct) |
| Cell: | (617) 686 1659 |
| Email : | ghs@shrayerlaw.com  |  Web :  http://shrayerlaw.com/ |

This message contains confidential information and is intended solely for the named recipient.  It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.  E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or contain viruses. The sender therefore does not accept liability for any virus, errors or omissions in the contents of this message.